1
2
3
4                           **JS-6**
5
6
7
8   **IN THE UNITED STATES DISTRICT COURT**
9   **FOR THE CENTRAL DISTRICT OF CALIFORNIA**
10

| | |
|---|---|
| 11   HOUSTON CASUALTY COMPANY, | CASE NO. 2:25−cv−02202 MCS-MAR |
| 12         Plaintiff, | *Assigned for All Purposes to:* |
| 13         v. | *District Judge Marc C. Scarsi* *Magistrate Judge Margo A. Rocconi* |
| 14   MARK YEVDOSIN, doing business as | |
| 15   MARCHELLO DESIGN COMPANY; | **ORDER GRANTING RESCISSION** **OF POLICIES AND JUDGMENT** |
| 16   DESIGNS BY MARCHELLO, INC., a California Corporation; and DOES 1 | **(ECF NO. 17)** |
| 17   through 10, inclusive, | Complaint Filed:  March 12, 2025 |
| 18         Defendants. | |

19

20         On May 15, 2025, Plaintiff HOUSTON CASUALTY COMPANY ("Plaintiff"

21 or "HCC") and Defendants MARK YEVDOSIN, doing business as MARCHELLO

22 DESIGN COMPANY and DESIGNS BY MARCHELLO, INC ("Defendants")

23 (together, the "Parties") filed an "Amended Stipulation For Rescission of Policies and

24 Entry of Judgment" ("Stipulation"). The Court, having considered the Parties'

25 Stipulation and finding good cause hereby GRANTS the Stipulation and ORDERS as

26 follows.

27         IT IS HEREBY ADJUDGED AND DECREED that judgment be entered as

28 follows:

**ORDER GRANTING RESCISSION OF POLICIES AND JUDGMENT**

1.  The following policies are rescinded:

    a.  H21AC86935-00, effective September 4, 2021 to September 4, 2022

    b.  H22AC86935-01, effective September 4, 2022 to September 4, 2023

    c.  H23AC86935- 02, effective September 4, 2023 to September 4, 2024.

2.  HCC will issue a return of the premiums to Defendants for the Policies within 10 business days, via check made payable to "MARK YEVDOSIN."

Dated: May 15, 2025

_____
Mark C. Scarsi
United States District Judge

477366

**ORDER GRANTING RESCISSION OF POLICIES AND JUDGMENT**